IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:21-CV-00174-D

| | | |
|---|---|---|
| KATHY R. ALLEN AND<br>JAY K. ALLEN | ) | |
| | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN LIFE INSURANCE | ..) | **CONSENT ORDER** |
| COMPANY, ITT INDUSTRIES, | ) | |
| MERCER CORP / HARRIS EXELIS, | ) | |
| AND LINCOLN HERITAGE LIFE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

The Court, having reviewed Plaintiffs' Consent Motion to Dismiss Defendant Metropolitan

Life Insurance Company from this action with prejudice, and finding good cause and that all parties

consent, **GRANTS** the motion. Defendant Metropolitan Life Insurance Company, and all of

Plaintiffs' claims asserted against it, are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED**, this 14 day of September 2021.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE