UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KATHY R. ALLEN, and JAY K. ALLEN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>METLIFE, L3HARRIS TECHNOLOGIES, )<br>INC., MERCER HEALTH BENEFITS )<br>ADMINISTRATION, LLC, and LINCOLN )<br>HERITAGE LIFE INSURANCE CO., )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:21-CV-174-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS L3Harris's motion to dismiss [D.E. 9], DISMISSES WITH PREJUDICE plaintiffs' complaint [D.E. 1-1], and DENIES as moot Mercer's motion to dismiss [D.E. 14]. Any proposed amendment would be futile.

**This Judgment Filed and Entered on January 10, 2022, and Copies To:**

| | |
|---|---|
| Kathy R. Allen | (via CM/ECF electronic notification) |
| Jay K. Allen | (via CM/ECF electronic notification) |
| Elizabeth J. Bondurant | (via CM/ECF electronic notification) |
| Michael Douglas McKnight | (via CM/ECF electronic notification) |
| Shana L. Fulton | (via CM/ECF electronic notification) |
| Amanda S. Hawkins | (via CM/ECF electronic notification) |

DATE:  
January 10, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk