IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-174-D

| | |
|---|---|
| KATHY R. ALLEN, and JAY K. ALLEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| METLIFE, et al., ) | |
| ) | |
| Defendants. ) | |

On January 10, 2022, this court dismissed Kathy R. Allen and Jay K. Allen's complaint (collectively the "Allens" or "plaintiffs") and closed the case. See [D.E. 51, 52]. On February 9, 2022, the Allens filed a motion for reconsideration. See [D.E. 53]. On March 2, 2022, defendant L3Harris responded in opposition [D.E. 54].

The court has considered the Allens' motion for reconsideration under the governing standard. See Fed. R. Civ. P. 59(e); Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). The Allens have not presented any arguments warranting reconsideration

The Allens' motion also fails to meet Rule 60(b)'s threshold requirements and is denied as baseless. See Fed. R. Civ. P. 60(b); Aikens v. Ingram, 652 F.3d 496, 500–01 & n.3 (4th Cir. 2011) (en banc); Robinson v. Wix Filtration Corp. LLC, 599 F.3d 403, 412 n.12 (4th Cir. 2010); Nat'l Credit Union Admin. Bd. v. Gray, 1 F.3d 262, 264 (4th Cir. 1993).

The motion for reconsideration lacks [D.E. 53] merit and is DENIED. The case remains closed.

SO ORDERED. This 8 day of April, 2022.

                                            JAMES C. DEVER III
                                            United States District Judge